No. 96–545. SMITH v. REGIONAL TRANSPORTATION DISTRICT ET AL., *ante*, p. 1021;

No. 96–5242. HAMILTON v. UNITED STATES, *ante*, p. 994;

No. 96–5520. MASSENGALE v. MILLS, WARDEN, *ante*, p. 934;

No. 96–5702. PARHAM v. PEPSICO, INC., *ante*, p. 953;

No. 96–5826. HAYNES v. SOUTH CAROLINA ET AL., *ante*, p. 939;

No. 96–5906. SORBET v. WORKERS' COMPENSATION APPEALS BOARD ET AL., *ante*, p. 983;

No. 96–5978. FORT v. HAILEY ET AL., *ante*, p. 996;

No. 96–5985. BLANDINO v. LINDLER ET AL., *ante*, p. 996;

No. 96–6027. JOHNSON v. HILL, WARDEN, *ante*, p. 996;

No. 96–6090. PARTEE v. PASTRICK ET AL., *ante*, p. 1012;

No. 96–6129. YUAN JIN v. TEMPLE UNIVERSITY ET AL., *ante*, p. 1013;

No. 96–6165. PIZZO v. JEFFERSON PARISH SHERIFF'S OFFICE ET AL., *ante*, p. 1014;

No. 96–6190. SLAPPY v. VANMETER ET AL., *ante*, p. 1014; and

No. 96–6290. RAWLINS v. ALLEN, CLERK, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY, ET AL., *ante*, p. 1016. Petitions for rehearing denied.

No. 95–9201. BIERLEY v. WALTERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MERCER, *ante*, p. 843;

No. 95–9396. BUZEA v. STANHOPE HOTEL, *ante*, p. 854; and

No. 96–232. DUBIN v. UNITED STATES, *ante*, p. 872. Motions for leave to file petitions for rehearing denied.

JANUARY 22, 1997

No. 96–7214 (A–523). GREENAWALT v. ARIZONA. Super. Ct. Ariz., Yuma County. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

No. 96–7573 (A–520). GREENAWALT v. ARIZONA. Sup. Ct. Ariz. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

No. 96–7577 (A–521). GREENAWALT v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented